**American Express** 🚩 

October 12, 2016 at 3:41 AM

To: Darshan Mehta
Reply-To: American Express
Confirmation of email address change

